# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

146974

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
        Plaintiff-Appellee,

v

        SC: 146974
        COA: 312337
        Wayne CC: 12-007270-AV

MELANIE CLAXTON and RALPH CLAXTON,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 21, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

p0826